**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02789-REB-CBS

TRANSLOGIC CORPORATION,

     Plaintiff,

v.

LEAVELLE CARRIERS,
JANICE BOGIKES,
JOHN BOGIKES, SR., and
JOHN BOGIKES, JR.,

     Defendants.

**MINUTE ORDER**[1]

     The matter comes before the court on the **Defendants Leavelle Carriers, Inc., Janice Bogikes, John Bogikes, Sr., John Bogikes, Jr., Washington Security Products and Pneumaticcarriers.com's Joint Motion to Exceed the Page Limitation of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(2)** [#33] filed May 8, 2009.  The motion is **GRANTED**.  Defendants are permitted to file a joint motion to dismiss not to exceed thirty (30) pages.

     Dated:  May 11, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.