IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 08-cv-02789-REB-CBS**

TRANSLOGIC CORPORATION

      PLAINTIFF,

v.

LEAVELLE CARRIERS, JANICE BOGIKES,
JOHN BOGIKES, SR., JOHN BOGIKES, JR.,
WASHINGTON SECURITY PRODUCTS, INC.
and PNEUMATICCARRIERS.COM,

      DEFENDANTS

**FINDINGS, JUDGMENT, AND ORDER OF DISMISSAL**

The matter before me is the parties' **Stipulation To Entry of Findings, Judgment, And Order of Dismissal** [#89] filed October 5, 2009.  The parties have stipulated and moved this Court for entry of judgment in accordance with the terms of their stipulation.  The stipulation was reached in connection with a settlement of this case.

The Court, being fully advised in the premises, now FINDS AND ADJUDGES as follows:

1. Each and every claim of U.S. Patent No. 5,980,164 (the "'164 patent") is valid and enforceable.

2. The 6" carriers sold by Leavelle Carriers, Inc. and Washington Security Products, Inc. which incorporate seal bands using the type of material in this court's file as Doc. No. 60-20, entitled Conventional Physical Exhibit A-13 to the Declaration of

Greg Good in Support of Defendants' Joint Motion for Partial Summary Judgment of Noninfringement, infringe at least claim 1 of the '164 patent.

The Court further ORDERS as follows:

1. That the parties' **Stipulation To Entry of Findings, Judgment, And Order of Dismissal** [#89] filed October 5, 2009, is approved;

2. That all remaining claims of this case are DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorney fees; and

3. That judgment shall enter on this order.

DATED October 6, 2009.

*Bob Blackburn*
Robert E. Blackburn
United States District Judge